# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**WENDELL DUNCAN**                                                     **PLAINTIFF**

**v.**                                                                      **No. 1:20MC4-MPM**

**PELICIA E. HALL, ET AL.**                                            **DEFENDANTS**

## ORDER DISMISSING CASE UNDER
## AND PRIOR SANCTIONS ORDER

This matter is before the court, *sua sponte*, for consideration of dismissal. Wendell Duncan, an inmate in the custody of the Mississippi Department of Corrections, has submitted a complaint *pro se* under 42 U.S.C. § 1983, along with an application to proceed *in forma pauperis*. As a result of frivolous or meritless case filings, by order of this court dated February 12, 1997, in, *Duncan v. Dawson, et al.*, cause number 4:96CV190, Wendell Duncan was barred from filing *in forma pauperis* cases under 28 U.S.C. § 1915(g). Thus, the he may not file a new cause of action without paying the filing fee or demonstrating he is in imminent danger of serious physical injury.

Indeed, Mr. Duncan has been a frequent filer of meritless cases in this court over the course of many years. The court has imposed monetary sanctions totaling $650 in various cases over the years – and told Mr. Duncan that he may not file another case in this court until he pays the sanction. *See Duncan v. Armstrong*, 4:01MC5-JAD.

**SO ORDERED**, this, the 13th day of March, 2020.

                                                          **/s/ MICHAEL P. MILLS**
                                                          **UNITED STATES DISTRICT JUDGE**
                                                          **NORTHERN DISTRICT OF MISSISSIPPI**